Stacy Tolchin (CA SBN #217431)
Megan Brewer (CA SBN#268248)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Facsimile: (213) 622-7233
Email: Stacy@Tolchinimmigration.com
Email: Megan@Tolchinimmigration.com

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarbpreet SINGH,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; Kirstjen NIELSEN[1], in her Official Capacity, Secretary, U.S. Department of Homeland Security; James MCCAMENT, in his official capacity, Acting Director of the U.S. Citizenship and Immigration Services; and David A. LESTER, in his Official Capacity, Field Office Director, U.S. Citizenship and Immigration Services, Santa Ana Field Office.<br><br>    Defendants. | Case No. 8:17−cv−01538−JVS(JCGx)<br><br>**Order to Show Cause** |

---

[1] Ms. Nielson has been substituted for her predecessor. See Fed. R. Civ. P. 25(d).

The Court, having reviewed the Petition For Writ Of Mandamus And Complaint Under Administrative Procedures Act, the Ex Parte Application for Temporary Restraining Order, Plaintiff's Points and Authorities in Support thereof, and all declarations and exhibits in support thereof, and the defendants' opposition, for the reasons set forth in its separate order, HEREBY ORDERS:

1. That Defendants temporarily stay Plaintiff's removal from the United States and release him from custody.
2. That Defendants appear before this Court on March 22, 2018, at 9:00 a.m. to show cause why the relief sought in the Ex Parte Application for Temporary Restraining Order should not be granted in the form of a preliminary injunction.

Dated: March 08, 2018, 11:00 a.m.

_____
United States District Court Judge
James V. Selna

1