**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SARBPREET SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; CHAD F. WOLF[1], in his Official Capacity, Acting Secretary, U.S. Department of Homeland Security, KENNETH CUCCINELLI[2], in his official capacity, Acting Director of the U.S. Citizenship and Immigration Services; and David A. LESTER, in his Official Capacity, Field Office Director, U.S. Citizenship and Immigration Services, Santa Ana Field Office,<br><br>    Defendants. | No. SACV 17-1538-JVS (JCGx)<br><br>**ORDER OF DISMISSAL** |

Upon consideration of the Parties' Stipulation for Dismissal, and good cause appearing, this Court dismisses this lawsuit without prejudice. Each party is ordered to

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Chad F. Wolf, Acting Secretary of Homeland Security, is automatically substituted for his predecessor.

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Kenneth Cuccinelli, Acting Director of USCIS, is automatically substituted for his predecessor.

1

1. bear their own attorneys' fees and costs.
2. Dated: April 28, 2020

                                        HONORABLE JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE